Jennifer R. Lloyd-Robinson, Esq.
Nevada State Bar No. 9617
**PEZZILLO ROBINSON**
6750 Via Austi Parkway, Suite 170
Las Vegas, Nevada 89119
Tel: (702) 233-4225
Fax: (702) 233-4252
Email: jrobinson@pezzillorobinson.com
*Attorneys for Use-Plaintiff and Plaintiff,*
*The Reliable Automatic Sprinkler Co., Inc.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America for the use and benefit of THE RELIABLE AUTOMATIC SPRINKLER CO., INC., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RED ROCK FIRE PROTECTION, a Nevada corporation; CONTRACTORS BONDING & INSURANCE COMPANY, a surety; PLATTE RIVER INSURANCE COMPANY, a surety; JONAS AND ASSOCIATES, INC., a California corporation; and OHIO CASUALTY INSURANCE COMPANY, a surety,<br><br>Defendants. | Case Number: 2:10-cv-02107<br><br><br><br><br><br>**ORDER GRANING MOTION FOR DEFAULT JUDGMENT AGAINST RED ROCK FIRE PROTECTION** |

It appearing from the records in the above-entitled action that the Plaintiff, THE RELIABLE AUTOMATIC SPRINKLER CO., INC. ("RELIABLE"), by and through its counsel of record, Pezzillo Robinson, served Defendant, RED ROCK FIRE PROTECTION with the Summons and Complaint on Jan. 24, 2011; that Defendant having failed to file an answer or otherwise appear; and Plaintiff not granting further time to respond:

-1-

1  Upon Motion by the Plaintiff, by virtue of the law and by reason of the premises
2  aforesaid, JUDGMENT IS HEREBY ENTERED against Defendant RED ROCK FIRE
3  PROTECTION and in favor of Plaintiff RELIABLE in the principal amount of $10,951.01.
4  IT IS FURTHER ORDERED that this Judgment shall include pre-judgment interest at
5  the maximum legal rate allowed per annum from the date the amounts became due, and shall
6  continue to accrue post-judgment interest at the maximum legal rate allowed per annum on
7  the unpaid balance until paid in full.
8  IT IS FURTHER ORDERED that this Judgment shall include attorneys' fees in the
9  amount of $5,844.50, pursuant to the terms of the credit application and supported by the
10 Affidavit of Attorneys' Fees attached as Exhibit "9" to Plaintiff's Motion for Default
11 Judgment.
12 IT IS FURTHER ORDERED that this Judgment shall include costs in the amount of
13 $757.75, pursuant to the terms of the credit application and supported by the Verified
14 Memorandum of Costs attached as Exhibit "8" to Plaintiff's Motion for Default Judgment.
15 **IT IS SO ORDERED** this 18th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge

RESPECTFULLY SUBMITTED:

 /s/  Jennifer R. Lloyd-Robinson
Jennifer R. Lloyd-Robinson, Esq.
Nevada State Bar No. 9617
**PEZZILLO ROBINSON**
6750 Via Austi Parkway, Suite 170
Las Vegas, Nevada 89119
Email: jrobinson@pezzillorobinson.com
*Attorneys for Use-Plaintiff and Plaintiff,*
*The Reliable Automatic Sprinkler Co., Inc.*